UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
**FRANKLIN BOSTON,**            )
                                                     )
      **Petitioner,**            )
                                                     )
v.                                              )    Civil Action No.
                                                     )    06-1602 (GK)
                                                     )
**JOYCE FRANCIS,**                )
   **Warden, Federal**          )
   **Correctional Institution** )
   **Gilmer, West Virginia,**   )
                                                     )
      **Respondent.**           )
_____)


**O R D E R**

Plaintiff filed a Petition for a Writ of Habeas Corpus on September 15, 2006. Upon consideration of the Petition, it is hereby

**ORDERED** that, **no later than October 20, 2006,** Petitioner shall show cause why this case should not be dismissed for lack of personal jurisdiction over Respondent.


September 20, 2006              /s/_____
                                              Gladys Kessler
                                              United States District Judge


**Copies to**: **attorneys on record via ECF**