UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
FRANKLIN BOSTON,                )
                                )
       Petitioner,              )
                                )
v.                              )     Civil Action No.
                                )     06-1602 (GK)
                                )
JOYCE FRANCIS,                  )
   Warden, Federal              )
   Correctional Institution     )
   Gilmer, West Virginia,       )
                                )
       Respondent.              )
_____)

**O R D E R**

On September 15, 2006, Plaintiff filed a Petition for a Writ of Habeas Corpus. It is hereby

**ORDERED** that, **no later than November 15, 2006,** Respondent shall file with this Court and serve on Petitioner a statement showing why the Writ of Habeas Corpus should not issue.

The Clerk of Court is directed to furnish a copy of the Petition and a certified copy of this Order to the United States Marshal for the purpose of making service of same on the Bureau of Prisons, the United States Attorney for the District of Columbia, and Petitioner's warden.

October 16, 2006                    /s/_____
                                    GLADYS KESSLER
                                    U.S. District Judge

**Copies to**: attorneys on record via ECF