UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **FRANKLIN BOSTON,** | : | |
| Petitioner | : | Civil Action No. 06- 1602(GK) |
| | : | |
| v. | : | |
| | : | |
| | : | |
| **JOYCE FRANCIS, Warden, F.C.I. Gilmer,** | : | |
| Respondent | : | |

### UNITED STATES' UNOPPOSED MOTION FOR LEAVE TO LATE FILE ITS RESPONSE TO PETITIONER'S PETITION FOR WRIT OF HABEAS CORPUS

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby respectfully requests leave to late file its response to the petitioner's petition for a writ of habeas corpus. In support of this request, the United States represents as follows:

1. On September 15, 2006, the petitioner filed his petition for a writ of habeas corpus.

2. On October 16, 2006, this Court issued an Order directing the government to respond to the petitioner's petition by November 15, 2006 and directed that a copy of the Order by served upon the United States Attorney for the District of Columbia.

3. It was not until November 16, 2006 that the government received notice of the Court's order for a government response.

4. Undersigned counsel has spoken with counsel for the petitioner about the late filing of the government's response, and counsel has stated that he does not oppose the relief sought in the instant motion.

Wherefore, based on the above, the United States respectfully seeks leave to late file its response to the petitioner's petition for a writ of habeas corpus.

A proposed Order is attached.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney
D.C. Bar Number 498-610

  /s/ Robert D. Okun
ROBERT D. OKUN
Assistant United States Attorney
Chief, Special Proceedings Division
D.C. Bar Number 457-078

  /s/ Sherri L. Berthrong
SHERRI L. BERTHRONG
Assistant United States Attorney
D.C. Bar No. 249-136
Sherri.Berthrong@usdoj.gov
Special Proceedings Division
555 4th Street, N.W., Room 10-450
Washington, D.C. 20530
(202) 514-6948

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the instant motion has been electronically filed with the Court and served upon the counsel for the petitioner, James Q. Butler, Esq. Butler Legal Group, PLLP, 818 18th Street, Suite 1010, Washington, D.C. 20006, this 16th day of November, 2006.

  /s/ Sherri L. Berthrong
Sherri L. Berthrong
Assistant United States Attorney
