**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

FRANKLIN BOSTON,                           :
            Petitioner          :        Civil Action No. 06-1602 (GK)
                           :

         v.                  :

                           :

                           :

JOYCE FRANCIS, Warden, F.C.I. Gilmer,  :
            Respondent          :

## ORDER

Upon consideration of the United States' Unopposed Motion for Leave to Late File Its

Response to Petitioner's Petition For a Writ of Habeas Corpus, and for good cause shown, it is

this _____ day of _____, 2006, hereby

      **ORDERED** that the motion is granted.

                                       _____

                                     Gladys Kessler
                                     United States District Judge

Copies to:

James Q. Butler, Esq.
Butler Legal Group, PLLP
818 18th Street, Suite 1010
Washington, D.C. 20006

Sherri L. Berthrong
Assistant U.S.Attorney
Special Proceedings Division
Sherri.Berthrong@usdoj.gov
555 4th Street, N.W., Room 10-450
Washington, D.C. 20530