UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **FRANKLIN BOSTON,** | : | |
| Petitioner | : | Civil Action No. 06-1602 (GK) |
| | : | |
| v. | : | |
| | : | |
| | : | |
| **JOYCE FRANCIS, Warden, F.C.I. Gilmer,** | : | |
| Respondent | : | |

## ORDER

Upon consideration of the United States' Motion to Transfer Petitioner's Petition For Writ of Habeas Corpus, and it appearing to the Court that the petitioner's petition should be transferred to the United States District Court for the Northern District of West Virginia, it is this _____ day of _____, 2006, hereby

**ORDERED** that the petitioner may reply to the government's motion to transfer no later than _____. If petitioner does not respond within that time, the Court will treat the matter as conceded, and transfer the petitioner's petition to the United States District Court for the Northern District of West Virginia, the district in which the petitioner is incarcerated.

_____
Gladys Kessler
United States District Judge

Copies to:

James Q. Butler, Esq.
Butler Legal Group, PLLP
818 18th Street, Suite 1010
Washington, D.C. 20006

Sherri L. Berthrong
Assistant U.S.Attorney
Special Proceedings Division
Sherri.Berthrong@usdoj.gov
555 4th Street, N.W., Room 10-450
Washington, D.C. 20530