## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **FRANKLIN BOSTON,** | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | Civil Action No. 06-1602 (GK) |
| | : | |
| **JOYCE FRANCIS, Warden,** | : | |
| **F.C.I. Gilmer,** | : | |
| | : | |
| Respondent. | : | |

## ORDER

Upon consideration of Respondent's Motion to Transfer Petitioner's Petition for a Writ of Habeas Corpus, it is this 4th day of December, 2006, hereby

**ORDERED** that Respondent's Motion to Transfer is **granted**; and it is further

**ORDERED** that this case is transferred to the United States District Court for the Northern District of West Virginia.

/s/
Gladys Kessler
United States District Judge

**Copies via ECF to all counsel of record**