UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF WEST VIRGINIA

_____

**FRANKLIN BOSTON,**
        Petitioner,                         **W.V.N.D. Case #  3:07cv 4**

v.

**JOYCE FRANCIS,**
**WARDEN, F.C.I. Gilmer,**
        Respondent,
_____/

**PETITIONERS MOTION TO TRANSFER THE MATTER**

Comes now the petitioner Franklin Boston, through counsel, James Quincy Butler, his attorney and hereby states as follows:

The United States filed a motion in the U.S. District Court in Washington, D.C. to transfer the matter to West Virginia, which counsel for the petitioner opposed as the petitioner was due for imminent release.

The D.C. Court granted the motion and transferred the case to this court.

Petitioner, Franklin Boston, has now been released from FCI Gilmer and is now back under the authority of the D.C. Parole Board and as such is not within this courts jurisdiction.

**WHERFORE ALL PREMISES CONSIDERED,** the petitioner respectfully requests this Honorable Court transfer the matter back to the United States District Court for the District of Columbia and such other and further relief as to this Honorable Court appears to be just and proper.

1

March 6, 2007

Respectfully submitted;
**By:__/s/ James Q. Butler, Esq___**
James Q. Butler, Esq
Attorney at Law (DC BAR # 490014)
Butler Legal Group, PLLP
818 18th Street, Suite 1010
Washington, D.C. 20006
Telephone: 202-223-6767


**Pacer Electronic Filing to:**
District Clerk's Office
Clerk, U. S. District Court
500 West Pike Street,
Room 301P.O. Box 2857
Clarksburg, WV 26302