UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____
FRANKLIN BOSTON,               )
                               )
       Petitioner,             )
                               )
   v.                          )    Civil Action No.
                               )    06-1602 (GK)
                               )
JOYCE FRANCIS,                 )
    Warden, Federal            )
    Correctional Institution   )
    Gilmer, West Virginia,     )
                               )
       Respondent.             )
_____)
```

**O R D E R**

On September 15, 2006, Plaintiff filed a Petition for a Writ of Habeas Corpus. The Court ordered Respondent to show cause by November 15, 2006 why the Writ of Habeas Corpus should not issue in this case. On November 16, 2006,[1] Respondent moved to transfer this Petition to the Northern District of West Virginia because Petitioner was incarcerated at that time in the Gilmer Federal Correctional Institution in Glenville, West Virginia. Respondent's motion did not address the merits of the Petition. The Court granted the Motion and transferred the case to the United States District Court for the Northern District of West Virginia.

Petitioner has since been released from FCI Gilmer and is now under the authority of the District of Columbia Parole Board.

---

[1] The Court granted Respondent's request for leave to late file the response.

Magistrate Judge John S. Kaull of the United States District Court for the Northern District of West Virginia has granted Petitioner's request to transfer the Petition back to this Court. Accordingly, it is hereby

**ORDERED** that, **no later than November 30, 2007,** Petitioner shall file with this Court and serve on Respondent a pleading showing why the Petition for the Writ of Habeas Corpus should not be dismissed in light of the fact that he is no longer in custody.

The Clerk of Court is directed to furnish a copy of the Petition and a certified copy of this Order to the United States Marshal for the purpose of making service of same on the Petitioner, the Bureau of Prisons, and the United States Attorney for the District of Columbia.

October 29, 2007

/s/
GLADYS KESSLER
U.S. District Judge

**Copies to**: **attorneys on record via ECF**