UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____
                               )
FRANKLIN BOSTON,               )
                               )
        Petitioner,            )
                               )
    v.                         )   Civil Action No.
                               )   06-1602 (GK)
                               )
JOYCE FRANCIS,                 )
    Warden, Federal            )
    Correctional Institution   )
    Gilmer, West Virginia,     )
                               )
        Respondent.            )
_____)
```

**O R D E R**

On September 15, 2006, Plaintiff filed a Petition for a Writ of Habeas Corpus. Petitioner has since been released from the Gilmer Federal Correctional Institution in Glenville, West Virginia and is now under the authority of the District of Columbia Parole Board.

On October 29, 2007, the Court ordered Petitioner to show cause by November 30, 2007, why the Writ of Habeas Corpus should not be dismissed in light of the fact that he is no longer in custody. The Clerk of Court was directed to furnish a copy of the Petition and a certified copy of the October 29, 2007 Order to the United States Marshal for the purpose of making service of same on the Petitioner, the Bureau of Prisons, and the United States Attorney for the District of Columbia.

As Plaintiff has shown no cause why this Petition should not be dismissed,

It is hereby

**ORDERED** that the Complaint is **dismissed with prejudice**.

December 4, 2007                    /s/_____
                                    Gladys Kessler
                                    United States District Judge

**Copies to**: **attorneys on record via ECF**